## UNITED STATES DISTRICT COURT – WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. JOSEPH BRANDON | | | | DISTRICT JUDGE: Hala Y. Jarbou |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| MIWD 1:25-cr-168 (EDTN 3:25-cr-104) | 11/25/2025 | 11:00 AM – 11:49 AM | Lansing | N/A |

### APPEARANCES

| Government: Jonathan Roth | Defendant: Michael Darragh Hills | Counsel Designation: CJA Appointment |
|---|---|---|

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ☒ Arraignment:<br>  __ mute   __ nolo contendre<br>  __ not guilty   __ guilty<br>☐ Final Pretrial Conference<br>☐ Detention   (waived __)<br>☐ Motion Hearing<br>☐ Revocation/SRV/PV<br>☐ Bond Violation<br>☒ Change of Plea<br>☐ Sentencing<br>☐ Trial<br>☐ Other: _____ | ☒ Defendant's Rights<br>☒ Waiver of Indictment<br>☐ Other: _____<br><br>Court to Issue:<br>☒ Order of Detention<br>☒ Notice of Sentencing<br>☐ Order Appointing Counsel<br>☐ Other: _____ | Charging Document:<br>☒ Read   ☐ Reading Waived<br>Guilty Plea to Count(s) 1, 2, and 3<br>of the Felony Information<br>Count(s) to be dismissed at sentencing:<br>_____<br>☒ Presentence Report Ordered<br>☐ Presentence Report Waived<br>☒ Plea Accepted by the Court<br>☐ Plea Taken under Advisement<br>☐ No Written Plea Agreement |

### SENTENCING

| Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____ | Plea Agreement Accepted: ☐Yes ☐No<br>Defendant informed of right to appeal: ☐Yes ☐No<br>Counsel informed of obligation to file appeal: ☐Yes ☐No<br>Conviction Information:<br>   Date: _____<br>   By: _____<br>   As to Count (s): _____ |
|---|---|

**ADDITIONAL INFORMATION:**
Sentencing set for March 24, 2026 at 10:00 AM.

*Held with change of plea hearing in related case 1:25-cr-17-02.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** Set for Hearing | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Stefanie Pohl | **Case Manager:** A. Seymore |