UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH BRANDON,

    Defendant.
_____/

WDMI Case No. 1:25-cr-168
(EDTN Case No. 3:25-cr-104)

Hon. Hala Y. Jarbou

## ORDER OF DETENTION

The Court held an arraignment and change of plea hearing on the record, with all parties present, on November 25, 2025. Defendant plead guilty to Counts One, Two, and Three of the Felony Information. For the reasons stated on the record, and based on the mandatory remand provisions of 18 U.S.C. § 3143,

**IT IS ORDERED** that Defendant is committed to the custody of the Attorney General pending sentencing.

Dated: November 25, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE